File Hashes for IP Address 96.241.225.108

ISP: Verizon FiOS
Physical Location: Herndon, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/12/2014 18:16:43 | 76BB9C51E35840423E71DC19722D1A7DC12C531E | In the blind |
| 04/27/2014 14:29:29 | B22C23515B610CCAD67CD52D9999F8569205E16B | Awakening |
| 04/06/2014 14:41:44 | F42937828388368DDECF3E486C6F696FE8614E18 | Photo Finish |
| 04/06/2014 14:39:53 | 70297DC345CA665E8DDADB438E498CFFFB66AD57 | Model Couple on Vacation |
| 04/06/2014 14:38:58 | 77AF153C08E9E42EE7A66554DDEB1C13F92758C6 | A Christmas Story |
| 01/27/2014 15:35:51 | 3D1409EB4CD87B08B8DC9134D3B3640A100D9E67 | Zeppelin on Fire |
| 01/27/2014 15:25:50 | FFE24D4FE2F6CFB764D826F4DB60B60A3B23FEC0 | Playing Dress Up |
| 01/27/2014 15:16:39 | 28619CC146028C8527A8922CE2856FD7D1C86A43 | What a Girl Wants Part #2 |
| 01/27/2014 03:46:35 | 9FFB8F87830E308D8FF943CC4D2023975AF5C55F | Get Wild at Home |
| 01/11/2014 17:11:45 | 8F2061BEBF834A487931F97D268EB5C5FFD3D0EA | Naughty and Nice |
| 01/11/2014 16:12:42 | 00CCE0930D5D4C82C4D3E31D39C1AED9EE06711C | Come Inside From the Cold |
| 01/11/2014 16:05:37 | 9FEFF22B7BA424BFB8847B7B41A62450FC059745 | So Right Its Wrong |
| 01/11/2014 16:03:20 | 07F65CAA043EA7CE86F2C3106C0F2B0367F10F26 | Three for the Show |
| 01/09/2014 13:52:12 | 6D64481BDA05F43BE6C4A7F94DD9A675867C1A2C | Double Daydreams |
| 01/09/2014 13:13:07 | 6149E17EEAD8B6FCA28451F1E70FB95C33775124 | Good Night Kiss |

Total Statutory Claims Against Defendant: 15

EVA161

EXHIBIT A