**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

MALIBU MEDIA, LLC,

     Plaintiff,

v.                          Civil Action No. 1:14-cv-01742-LO-MSN

JOHN DOE, subscriber assigned IP address
96.241.225.108,

     Defendant,

_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE**

     **PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.  John Doe was assigned the IP address 96.241.225.108.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

     Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

     Dated:  March 21, 2015

                               Respectfully submitted,

                               By:  ___/s/ *William E. Tabot*_____
                               William E. Tabot PC
                               9248 Mosby Street
                               Manassas, VA 20110-5038
                               Phone: 703-530-7075
                               Email: wetabotesq@wetlawfirm.com
                               *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: _/s/ *William E. Tabot*_____
William E. Tabot